IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT FOX                                                                    PLAINTIFF

V.                              NO. 3:05CV0157-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 31st day of May, 2006.

UNITED STATES MAGISTRATE JUDGE